UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA STULTZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR-11-117-CI <br><br> ORDER GRANTING UNOPPOSED MOTION FOR RELEASE INTO INPATIENT TREATMENT <br><br> ☑  Motion Granted **(ECF No. 57)** <br><br> ☑  ACTION REQUIRED |

Defendant shall be released to go directly into inpatient treatment on Friday, **April 20, 2012**. If Defendant successfully completes inpatient treatment, no action will be taken on the Petition. If Defendant is unable to successfully complete treatment, his probation will be revoked and he will be resentenced to 7 months' imprisonment (without supervised release).

The parties shall timely contact the court to set a status conference to be held prior to completion of inpatient treatment.

**IT IS SO ORDERED.**

DATED April 17, 2012.

        S/ CYNTHIA IMBROGNO
        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION FOR RELEASE INTO INPATIENT TREATMENT - 1